# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0341
_____

DARRYL C. DANIELS,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

November 29, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darryl C. Daniels, pro se, Appellant.

Ashley Moody, Attorney General, and Ravi N. Sharma, Assistant Attorney General, Tallahassee, for Appellee.